IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00372-WYD-KMT

HENDERSON W. COLLEY

    Plaintiff,

v.

PABLO G. SANCHEZ, M.D.

    Defendants.

---

**ORDER**

---

This matter is before the court on "Plaintiff's Motion for a Forthwith Order Granting United States Marshal for the Eastern District of Pennsylvania Authority to Serve Process." [Doc. No. 4, filed March 4, 2009]. The court has reviewed the files and records in this case as well as the Declaration of James H. Chalat attached to the motion and finds good cause has been shown to grant the motion. Mr. Chalat has indicated, "The Unites (sic) States Marshal's office for the Eastern District of Pennsylvania, 601 Market Street, #2110, Philadelphia, PA, has indicated that if provided with a court order that it would assist in the service upon the defendant." The Declaration further represents that the United States Marshals Service in Pennsylvania indicated, "With its authority it could get onto the U Penn campus, the medical school and hospitals, and otherwise determine the defendant's location." *Id.* at 2.

Wherefore, Plaintiff's Motion for a Forthwith Order Granting United States Marshal for the Eastern District of Pennsylvania Authority to Serve Process [Doc. No. 4] is **GRANTED** and the United States Marshals Service is directed to serve process on the defendant, PABLO G. SANCHEZ, M.D., pursuant to Fed. R. Civ. P. 4(c)(3).

Dated this 9th day of March, 2009.

**BY THE COURT:**

Kathleen M. Tafoya
United States Magistrate Judge