IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–00372–WYD–KMT

HENDERSON W. COLLEY

    Plaintiff,

v.

PABLO G. SANCHEZ, M.D.

    Defendant.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

The "Unopposed Motion to Amend Complaint" (#15, filed June 19, 2009) is GRANTED. The Plaintiff is ORDERED to file its Amended Complaint no later than June 26, 2009.

Dated: June 22, 2009