IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.  09-cv-00372-WYD-KMT

HENDERSON W. COLLEY,

    Plaintiff,

v.

PABLO G. SANCHEZ, M.D.,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Dismiss without Prejudice (filed July 6, 2009).  The motion seeks a dismissal of the case without prejudice pursuant to FED. R. CIV. P. 41(a)(2) and 12(h)(3) as this Court now lacks diversity jurisdiction and the case has been refiled in state court.  I find that the motion should be granted.  Accordingly, it is

ORDERED that Plaintiff's Unopposed Motion to Dismiss without Prejudice (Doc. # 19) is **GRANTED** pursuant to FED. R. CIV. P. 41(a)(2) and this matter is **DISMISSED WITHOUT PREJUDICE**, the parties to bear their own attorney fees and costs.

Dated:  July 6, 2009

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge